# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0959. ALONZO HUNTER v. THE STATE.**

A jury found Alonzo Hunter guilty of possession of a firearm by a convicted felon and speeding, and the trial court sentenced him on August 29, 2022. On September 14, 2022, Hunter filed a notice of appeal. Five days later, he filed a motion for new trial. The trial court transmitted the record based upon the timely notice of appeal. We, however, lack jurisdiction.

"Where a notice of appeal and a motion for new trial are timely filed, even though the former precedes the latter, the notice of appeal is rendered premature until disposition of the motion for new trial." *Brown v. State*, 208 Ga. App. 726, 726 (431 SE2d 726) (1993). Because Hunter filed a timely motion for new trial – even though he did so after filing a notice of appeal – jurisdiction remains with the trial court. See *Jones v. State*, 309 Ga. App. 149, 149 (1) (709 SE2d 593) (2011). We thus lack jurisdiction over the instant appeal, which is hereby DISMISSED. See *Minter v. State*, 229 Ga. 804, 804 (194 SE2d 462) (1972).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*